DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CALVIN EDWARD FEATHERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2135

[December 18, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest Albert Kollra, Jr., Judge; L.T. Case No. 23-003327CF10A.

Daniel Eisinger, Public Defender, and Ethan Goldberg, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Kimberly T. Acuña, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***